UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| ROBERT A. WILKINSON,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  C22-5950-SKV<br><br>[PROPOSED] ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Titles XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the ALJ shall offer the claimant the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision. The ALJ shall discuss the supportability and consistency of each medical opinion.

/ / /

/ / /

/ / /

[PROPOSED] ORDER -
Page 1 - [C22-5950-SKV]

Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2494

The ALJ shall also, as necessary, reconsider the claimant's impairments at steps two and three, the claimant's statements, the lay witness evidence, the residual functional capacity, and the ability to work at steps four and five.

DATED this 5th day of May, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2494
Fax: (206) 615-2531
benjamin.groebner@ssa.gov

[PROPOSED] ORDER -
Page 2 - [C22-5950-SKV]

Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2494